Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18–26134–JNP
                Chapter:  7
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alfred W. Jayne
   1078 Somers Point Mays Landing Rd.
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx–xx–0248

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas J Subranni is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 28, 2019</u>          <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court